The Law Offices of JUDITH S. LEALND, APLC
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
Tel:  (562) 904-6955
Fax:  (562) 904-6965
JUDITH S. LELAND (State Bar No: 63747)
MICHAEL T. KEATING (State Bar No: 266562)
E-mail:  tracey@disabilitylawfirm.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOE RAYMOND MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.  CV 16-06742-AFM<br><br>[PROPOSED] ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO 28<br>U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND, FOUR HUNDRED dollars [$3,400.00], as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:  12/20/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule